# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

RAYMOND T. MAHLBERG,

    Plaintiff,

v.                                                      Case No:   6:25-cv-456-GAP-LHP

MEDIEVAL TIMES U.S.A., INC.,

    Defendant

## ORDER

Before the Court is Plaintiff's Motion for Clerk to Enter Default.  Doc. No. 12.  On review, the motion (Doc. No. 12) is **DENIED without prejudice**.

First, the motion fails to comply with the Local Rules, including Local Rules 1.08 and 3.01(a).  Second, the motion fails to adequately address, with citation to legal authority, that service of process on Defendant was proper, specifically that service on "Donna Moch as SOP Manager" was sufficient to effect service on Defendant under governing law.  *See* Doc. No. 12-2; *see also generally United States v. Donald*, No. 3:09-cv-147-J-32HTS, 2009 WL 1810357, at *1 (M.D. Fla. June 24, 2009) (before a Clerk's default can be entered against a defendant, the Court must determine that the defendant was properly served).

Plaintiff shall file a renewed motion within **fourteen (14) days** of this Order, which must include a memorandum of legal authority establishing that service of process on Defendant was proper under applicable law.

**DONE** and **ORDERED** in Orlando, Florida on May 16, 2025.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties