# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

RAYMOND T. MAHLBERG,

      Plaintiff,

v.                                          Case No:   6:25-cv-456-GAP-LHP

MEDIEVAL TIMES U.S.A., INC.,

      Defendant

## ORDER

Before the Court is Plaintiff's Renewed Motion for Entry of Clerk's Default Against Defendant Medieval Times U.S.A., Inc. and Plaintiff's Memorandum of Law in Support of Proper Service of Process Under Federal Rule of Civil Procedure 4. Doc. No. 17. On review, despite two prior warnings, the filing still fails to comply with Local Rule 1.08. *See* Doc. Nos. 13, 15. Accordingly, the filing (Doc. No. 17) is **ORDERED stricken**. On or before **June 2, 2025**, Plaintiff shall file a renewed motion in full compliance with the Local Rules.

**DONE** and **ORDERED** in Orlando, Florida on May 30, 2025.

_Leslie Hoffman Price_
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties