# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

RAYMOND T. MAHLBERG,

      Plaintiff,

      v.                  Case No.:  6:25-cv-00456-GAP-LHP

MEDIEVAL TIMES U.S.A., INC.,

      Defendant,

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT:**

This cause comes before the Court following a review of the file.  Plaintiff Raymond T. Mahlberg instituted this action against Defendant Medieval Times U.S.A., Inc. on March 17, 2025.  Doc. No. 1.  Plaintiff ultimately effected service of process on Defendant, who did not appear in this matter, and on Plaintiff's timely motion, Clerk's default was entered on June 6, 2025.  Doc. Nos. 19-21.  *See also* Doc Nos. 12-18.

Since that time, Plaintiff has made several failed attempts to obtain default judgment against Defendant.  *See* Doc. Nos. 23, 27-29.  The undersigned denied Plaintiff's first attempt on November 14, 2025, on the basis that Plaintiff failed to provide a memorandum of law as required by Local Rule 3.01(b), failed to establish standing, failed to establish liability for the claims asserted, failed to support the

-1-

requested overly broad injunctive relief, and failed to support the requested attorneys' fees and costs. Doc. No. 27. The undersigned provided Plaintiff an opportunity to file a renewed motion that corrected these deficiencies by date certain, and cautioned that "[f]ailure to either file a renewed motion or an amended complaint by this deadline will result in a recommendation to the presiding District Judge that the case be dismissed." *Id.*, at 9.

Plaintiff filed a renewed motion for default judgment on December 5, 2025. Doc. No. 28. On May 19, 2026, the undersigned denied this motion without prejudice, explaining that the renewed motion again failed to establish standing or liability, omitted any discussion or legal authority supporting the requested injunctive relief, and again failed to support the requested attorneys' fees and expenses. Doc. No. 29. The undersigned provided Plaintiff with one final opportunity file a renewed motion for default judgment within twenty-one (21) days that corrected these deficiencies, and specifically warned Plaintiff that a "[f]ailure to file a renewed motion by this deadline that complies in full with these directives will result in a recommendation to the Presiding District Judge that the case be dismissed." *Id.* Plaintiff has not filed a renewed default judgment motion, and the time to do so has now expired.

Accordingly, upon consideration, the undersigned respectfully **RECOMMENDS** that the Court **DISMISS** this action without prejudice for failure

-2-

to prosecute, and thereafter direct the Clerk of Court to close the file. *See* Local Rule 1.10(d); Local Rule 3.10; Fed. R. Civ. P. 16(f), 41(b).

## NOTICE TO PARTIES

A party has fourteen days from the date the Report and Recommendation is served to serve and file written objections to the Report and Recommendation's factual findings and legal conclusions. Failure to serve written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. 11th Cir. R. 3-1.

Recommended in Orlando, Florida on June 11, 2026.

Leslie Hoffman Price
_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy