UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RAYMOND T. MAHLBERG,

     Plaintiff,

   v.                               Case No.:  6:25-cv-00456-GAP-LHP

MEDIEVAL TIMES U.S.A., INC.,

     Defendant,

_____/

## ORDER

This cause comes before the Court on Report and Recommendation to Dismiss the Case for Failure to Prosecute (Doc. No. 30) filed June 11, 2026.

No objections have been filed.  Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The case is dismissed without prejudice for failure to prosecute.  The clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 29, 2026.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

- 2 -

Copies furnished to:
Counsel of Record
Unrepresented Party